JAMES A. SHEPHERD SBN 264400
**LAW OFFICES OF JAMES SHEPHERD**
2121 N. California Blvd, Suite 290
Walnut Creek, CA 94596-7351
Tel (925) 954-7554
Fax (925) 281-2341
Email: jim@jsheplaw.com

Attorney for Debtor
FRANK ROBERT MASTRONUZZI

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re | Case. No. 18-42882 RLE |
| FRANK ROBERT MASTRONUZZI, | Chapter 13 |
| Debtor. | **NOTICE OF CHANGE OF ADDRESS** |

  FRANK ROBERT MASTRONUZZI, through his undersigned counsel, notifies the

court, Chapter 13 Trustee and all other parties in interest in this case that his new mailing

address, effective immediately, is:

       Frank Robert Mastronuzzi
       1338 N. Sycamore Ave.
       Los Angeles, CA 90028


Dated: March 16, 2022      LAW OFFICES OF JAMES SHEPHERD

         By: /s/ James A. Shepherd
           Attorney for Debtor